MILDRED VAN DORN et al., Respondents, *v.* W. H. JACKSON
AUTO SALES, INC., Appellant.

Argued April 24, 1940; decided May 21, 1940.

*H. H. Brown, Alfred M. Bailey* and *E. C. Sherwood* for appellant.

*Sydney A. Syme* for respondents.

Judgment affirmed, with costs. We hold that the doctrine of *MacPherson* v. *Buick Motor Co.* (217 N. Y. 382) applies in the relationship of these plaintiffs and the defendant. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.